114469654

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>RUBEN GALVAN-TRUJILLO<br><br>Defendant | ) ) ) ) ) ) ) Case No. 4:22-CR-6041-MKD-1 |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2022

SEAN F. McAVOY, CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RUBEN GALVAN-TRUJILLO                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846  Conspiracy to Distribute 500 Grams or More of Methamphetamine; and
Count 2 - 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)  Distribution of 50 Grams or More of Actual (Pure) Methamphetamine

Date: Sep 08, 2022, 10:19 am

*Issuing officer's signature*

City and state:  Spokane, Washington          Sean F. McAvoy, Clerk of Court/DCE
                                              *Printed name and title*

---

Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE:
ARRESTED BY:
STEVEN C. STAFFORD
U.S. MARSHAL - S/CA
BY:

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*