FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>Ruben Galvan-Trujillo  )<br>)<br>)<br>Defendant.  )<br>_____ ) | No. 4:22-cr-06041-MKD-1 |

Received Rule 5 papers from the United States District Court, Southern District of California