Query   Reports   Utilities   Help   Log Out

CLOSED

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:22-mj-03796-KSC-1

| | |
|---|---|
| Case title: USA v. Galvan-Trujillo | Date Filed: 10/17/2022 |
| | Date Terminated: 10/27/2022 |

Assigned to: Magistrate Judge Karen S. Crawford

**Defendant (1)**

| | | |
|---|---|---|
| **Ruben Galvan-Trujillo**<br>*TERMINATED: 10/27/2022* | represented by | L. Marcel Stewart<br>Stewart Law Group<br>600 B Street<br>Suite 2050<br>San Diego, CA 92101<br>619-702-4123<br>Fax: 888-810-9115<br>Email: lmslaw@att.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(l),(b)(l)(A)(vii); 846 - Conspiracy to Distribute 500 grams or more of Methamphetamine; Distribution of 50 Grams or more of actual (pure) Methamphetamine | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*TERMINATED: 10/18/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney*<br><br>**Sarah Eve Goldwasser**<br>DOJ-USAO<br>880 Front Street<br>San Diego, CA 92101<br>415-272-1803<br>Email: sarah.goldwasser@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2022 | 12 | NOTICE to Receiving District: (Eastern District of Washington), of Case Removal, as to Ruben Galvan-Trujillo. The following documents are available on the public docket: 1 Out of District Complaint, 10 Waiver of Preliminary Hearing Rule 5.1, 6 Notice of Attorney Appearance - USA, 9 Findings of Fact and Order of Detention. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (cxl1) (Entered: 10/27/2022) |
| 10/27/2022 | 11 | WARRANT of Removal to District of Eastern District of Washington Issued as to Ruben Galvan-Trujillo. (cxl1) (Entered: 10/27/2022) |
| 10/25/2022 | 10 | WAIVER of Preliminary Hearing Rule 5.1 by Ruben Galvan-Trujillo (Attachments: # 1 Proof of Service)(Stewart, L.) (alns). (Entered: 10/25/2022) |
| 10/20/2022 | 9 | FINDINGS OF FACT AND ORDER OF DETENTION as to Ruben Galvan-Trujillo. Signed by Magistrate Judge Karen S. Crawford on 10/20/2022. (cxl) (Entered: 10/20/2022) |
| 10/20/2022 | 8 | Minute Entry for proceedings held before Magistrate Judge Karen S. Crawford: Detention Hearing as to Ruben Galvan-Trujillo held on 10/20/2022. USA oral motion for detention; motion granted. Defendant ordered detained without prejudice. Order of detention to be filed by Court. Removal/ID Hearing set for 10/27/2022 09:30 AM RESET before Magistrate Judge Jill L. Burkhardt. (Interpreter Salvador Castellanos). (CD# 10/20/2022 |

| | | |
|---|---|---|
| | | KSC 1001-1012). (Plaintiff Attorney Sarah Goldwasser AUSA). (Defendant Attorney L. Marcel Stewart CJA). (no document attached) (ecf) (Entered: 10/20/2022) |
| 10/18/2022 | [6](#) | NOTICE OF ATTORNEY APPEARANCE Sarah Eve Goldwasser appearing for USA. (Goldwasser, Sarah)Attorney Sarah Eve Goldwasser added to party USA(pty:pla) (cxl1). (Entered: 10/18/2022) |
| 10/17/2022 | [7](#) | CJA 23 Financial Affidavit by Ruben Galvan-Trujillo (ggv) (Entered: 10/19/2022) |
| 10/17/2022 | 5 | Oral MOTION to Detain (Flight)by USA as to Ruben Galvan-Trujillo. (no document attached) (aje) (Entered: 10/18/2022) |
| 10/17/2022 | 4 | ***Spanish Interpreter needed as to Ruben Galvan-Trujillo (no document attached) (aje) (Entered: 10/18/2022) |
| 10/17/2022 | 3 | Minute Entry for proceedings held before Magistrate Judge William V. Gallo: Initial Appearance - Out of District Complaint as to Ruben Galvan-Trujillo held on 10/17/2022. The Court appoints attorney L. Marcel Stewart(n/a) for Ruben Galvan-Trujillo. Bond set as to Ruben Galvan-Trujillo (1) No Bail. Government oral motion to detain (Flight). ( Detention Hearing - RF set for 10/20/2022 10:00 AM before Magistrate Judge Karen S. Crawford. Removal/ID Hearing set for 10/27/2022 09:30 AM before Magistrate Judge Karen S. Crawford.) (Interpreter Cynthia Herber). (CD# 10/17/2022 WVG 22-1:2:28-2:33). (Plaintiff Attorney Eric Chiang AUSA). (Defendant Attorney Lynette Belsky FD-S/A). (no document attached) (aje) (Entered: 10/18/2022) |
| 10/17/2022 | 2 | Set/Reset Duty Hearings as to Ruben Galvan-Trujillo: Initial Appearance - ODC set for 10/17/2022 before Magistrate Judge William V. Gallo. (no document attached) (aef) (Entered: 10/17/2022) |
| 10/17/2022 | [1](#) | OUT OF DISTRICT COMPLAINT as to Ruben Galvan-Trujillo. (Attachments: # [1](#) Info Sheet)(mef) (Entered: 10/17/2022) |
| 10/16/2022 | | Arrest of Ruben Galvan-Trujillo (no document attached) (mef) (Entered: 10/17/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/28/2022 10:50:54 | | | |
| **PACER Login:** | Allisony | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:22-mj-03796-KSC |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |