```
 1  RANDY S. GROSSMAN
    United States Attorney
 2  SARAH GOLDWASSER
 3  Assistant U.S. Attorney
    California Bar No. 339573
 4  United States Attorney's Office
 5  880 Front Street, Room 6293
    San Diego, California 92101-8893
 6  Telephone: (619) 546-9701
 7  Sarah.Goldwasser@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-MJ-03796-KSC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| RUBEN GALVAN-TRUJILLO. | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**None.**

|   |   |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated |
| 2 | <u>with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings |
| 3 | relating to activity in this case (if the generic "U.S. Attorney CR" is still listed |
| 4 | as active in this case in CM/ECF, please terminate this association): |

<u>Name</u>

**None.**

Please feel free to call me if you have any questions about this notice.

DATED: October 18, 2022.

                                                       Respectfully submitted,

                                                      RANDY S. GROSSMAN
United States Attorney

*s/ Sarah Goldwasser*
SARAH GOLDWASSER
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America