# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '22 MJ3796

The person charged as RUBEN GALVAN-TRUJILLO now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Southern District of California with: **Title 21 U.S.C § 841 (a)(1), (b)(1)(A)(vii); 846 Conspiracy to Distribute 500 grams or more of Methamphetamine; and Distribution of 50 Grams or more of actual (pure) Methamphetamine.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2022

_____ (signature)

_____Brian Caserta_____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 10/17/2022

_____ (signature)

_PHILIP AL WALTERS_ (print)
Assistant United States Attorney