# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Richland

**USA v. RUBEN GALVAN-TRUJILLO**        Case No.    4:22-CR-6041-MKD-1

Richland Video Conference (JAG @ Spokane; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

## Arraignment/Initial Appearance on Indictment and Detention: 11/21/2022

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Caitlin Baunsgard, US Atty [S] |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Marcel Stewart, PHV Defense Atty [R] |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | David Partovi, Local Defense Atty [S] |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter – Natalia Rivera (video) |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | Defendant has retained his own counsel | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

**Arraignment/Initial Appearance on Indictment:**

    Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the charging document.

    The Defendant acknowledged to the Court that his true and correct name is: Ruben Galvan-Trujillo.

    "Not guilty" plea entered.

    Discovery to be provided pursuant to the local rule on discovery.

**Detention Hearing:**

    USA proffered the pretrial services report and does not concur with its recommendation of continued detention of the Defendant.

    USA argued why the Court should detain Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community. USA argues the gravity of this Defendant in which he is considered a big fish. USA argues recorded calls regarding trafficking, many crossings at the border in which he was arrested on this warrant. USA has concerns of the Defendant's ties to Mexico. If released on bond, the USA will be asking for a Nebbia hearing.

Defense counsel argued why the Defendant should be released. Defense counsel argues Defendant has been a resident for over 27 years and has raised his family in the states. The Defendants son just moved to the Tri-cities and will have an apartment on Wednesday in which the Defendant could be released to. Defendant has many family members in the Washington area. Defendant files his taxes and has owned his own landscaping business in Los Angeles. Defense counsel argues that two separate probation officers have recommended conditions of release with bond.

Colloquy between Court and counsel regarding pretrial services having this additional information.

Rebuttal argument by USA.
Rebuttal argument by Defense counsel.

**The Court ordered:**
1. Court to take the matter under advisement.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.
3. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.