# Attachment A



U. S. Department of Justice

*United States Attorney*

*Eastern District of Washington*

Suite 340 Thomas S. Foley U. S. Courthouse  (509) 353-2767
P. O. Box 1494                                          Fax  (509) 353-2766
Spokane, Washington 99210-1494

December 19, 2022

DAVID R. PARTOVI
PARTOVI LAW, P.S.
900 N. Maple St, Ste 102
Spokane, WA 99201
*Attorney for Ruben Galvan-Trujillo*

Lashonta Marcel Stewart
Stewart Law Group
600 West Broadway Suite 700
San Diego, CA 92101
*Attorney for Ruben Galvan-Trujillo*

Robin Emmons
2nd Street Law PLLC
217 N. 2nd St.
Yakima, WA 98901
*Attorney for Angela Chavez*

Re:    United States v.  RUBEN GALVAN-TRUJILLO, et al - 4:22-cr-06041-MKD

Dear Counsel:

The following table details **in bold** what is being disclosed as part of this disclosure. If the disclosure contains separate CDs/DVDs, the table below further details the format of the files, some of which further provide instruction on how to open and view the information. The disclosures are detailed as follows:

| Prod # | Beg Bates | End Bates | Description | Delivery Method (Password) | Date of Notification | USAfx Expiration Date |
|---|---|---|---|---|---|---|
| 1 | 00000001 | 00000003.40 | Information Records Warrants | USAfx | 11/18/2022 | 01/17/2023 |
| 1 | 10000001<br>10000016<br>10000027<br>10000035<br>10000037 | 10000014.06<br>10000024<br>10000028.02<br>10000035<br>10000037 | DEA Reports of Investigation, DEA Subpoena | USAfx | 11/18/2022 | 01/17/2023 |
| 1 | 20000001 | 20000008 | Investigation Photos | USAfx | 11/18/2022 | 01/17/2023 |
| 1 | 30000001 | 30000002 | Lab Reports | USAfx | 11/18/2022 | 01/17/2023 |

December 19, 2022
Page 2

| 1 | 40000002 | 40000002.31 | Translated Phone Call | USAfx | 11/18/2022 | 01/17/2023 |
|---|---|---|---|---|---|---|
| 1 | 60000001<br>60000006<br>60000010<br>60000022<br>60000028 | 60000001.06<br>60000006<br>60000020<br>60000026<br>60000031 | Galvan-Trujillo Criminal History, Identifying Records | USAfx | 11/18/2022 | 01/17/2023 |
| 2 | 00000004 | 00000005 | Additional search warrants | USAfx | 12/13/2022 | 02/11/2023 |
| 3 | **40000003** | **40000034.29** | **Transcripts of Conversations between Defendants and the Confidential Source** | USAfx | **12/19/2022** | **02/17/2023** |

Please cross-check this letter with the information provided in USAfx and any the actual CDs and DVDs that have been provided. **Please note: USAfx is only a delivery system, it is not a storage receptacle. You are allowed to preview and to download. It is important that you download the discovery as soon as possible, because the link is only available for a certain period of time.** If you are unable to download the discovery or are missing any of the above referenced CDs and/or DVDs, please contact the U.S. Attorney's Office as soon as possible. Likewise, if you have any difficulty with viewing any of the discovery items, please contact the office. If you do no not contact this office, we will presume that you have received and were able to view/download all of the above referenced discovery.

At this time, the United States anticipates additional discovery materials will be provided as they are received and processed by the U.S. Attorney's Office. Additional discovery material is likely to include, but may not be limited to, transcripts, lab reports, fingerprint reports, longitude/latitude data from GPS warrants, law enforcement reports, and other documents (including but not necessarily limited to any Giglio / Henthorn material) that may be relevant to this matter.

Any physical evidence is available for your inspection by contacting Assistant United States Attorney Stephanie Van Marter to arrange a mutually convenient date and time.

Very truly yours,
Vanessa R. Waldref
United States Attorney

*s/Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney