Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN GALVAN-TRUJILLO,<br><br>Defendant. | Case No.: 4:22-CR-6041-MKD<br><br>Motion For Order to File Attachments B, C and D Under Seal<br><br>Without Oral Argument<br>December 22, 2022, at 6:30 p.m. |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter Assistant United States Attorney for the Eastern District of Washington, submits the following Motion for Order to File Attachments B, C and D under Seal on the grounds that disclosure at this time may hinder the on-going investigation by the U.S. Drug Enforcement Administration.

Dated: December 20, 2022.

Vanessa R. Waldref
United States Attorney

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion For Order To File Attachments Under Seal – 1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David R Partovi davepartovi@gmail.com & partovilaw@gmail.com

L Marcel Stewart lmslaw@att.net

Robin Collett Emmans robin.emmans@secondstreetlaw.com

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney
