UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HON. MARY K. DIMKE)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN GALVAN-TRUJILLO (D1), <br><br> Defendant. <br> _____ | CASE NO. 4:22-CR-6041-MKD-1 <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, L. MARCEL STEWART, am a citizen of the United States and am at least eighteen years of age. My business address is 600 W. Broadway, Suite 700, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the foregoing, REPLY IN SUPPORT OF DEFENDANT RUBEN GALVAN-TRUJILLO'S MOTION TO COMPEL DISCOVERY, on the parties of the case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2022

/s/ L. Marcel Stewart
L. MARCEL STEWART