FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN GALVAN-TRUJILLO (1),<br><br>Defendant. | No. 4:22-CR-06041-MKD-1<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER<br><br>**ECF No. 152** |
|---|---|

Before the Court is the United States' Motion for Protective Order, ECF No. 152. The United States requests issuance of a protective order limiting the dissemination of discovery material containing sensitive information, including discovery material that has already been produced to defense counsel, and any material produced to defense counsel in the future. Defense counsel does not object to the proposed protective order.

The Court has reviewed the unopposed motion and the record and is fully informed. The Court finds good cause under Fed. R. Crim. P. 16(d)(1) for a protection order to issue in this matter.

PROTECTIVE ORDER - 1

Accordingly, **IT IS ORDERED:**

**1.** The United States' motion for Protective Order, **ECF No. 152**, is **GRANTED**.

## PROTECTIVE ORDER

1. The United States will provide discovery materials on an on-going basis to defense counsel.

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials that do not contain the voice or image of a confidential source, including sealed documents.

3. Defense counsel may show to, and discuss with the Defendants, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents.

4. Defense counsel shall not provide original or copies of discovery materials to the Defendants.

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

6.  The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 4:22-CR-6041-MKD-1; provided however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED**.  The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED November 27, 2023.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER - 3